AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesus CASTEYANO, aka Jesus CASTELLANO, aka Jesus CASTELLANO-ANDRADE | ) ) ) ) ) | Case No. 8:15MJ1441 MAP |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __unknown through July 7, 2015__ in the county of __Manatee__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21, U.S.C., Sections 846 and 841 (a)1 and (b)(1)(A)(viii). | Conspiracy to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance |

This criminal complaint is based on these facts:
See attached Affidavit and Exhibt A

☑ Continued on the attached sheet.

_____
Complainant's signature
G. Tucker Cowles
Printed name and title

Sworn to before me and signed in my presence.

Date: __07/08/2015__

_____
Judge's signature

City and state: __Tampa, Florida__

MARK A. PIZZO
Printed name and title

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, G. Tucker Cowles, being duly sworn, state as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), currently assigned to the Tampa District Office. I have been a law enforcement officer for 15 years. During this time I have participated in criminal investigations involving local, national and international drug trafficking organizations. I have worked with other federal, state, and local agencies in the conducting these investigations. In connection with my official DEA duties, I investigate criminal violations of federal laws, including but not limited to, Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 (drug trafficking offenses). I participated in hundreds of investigations of drug trafficking offenses and have conducted or participated in surveillance, the execution of search warrants, debriefings of informants and reviews of taped conversations. I have also received specialized training in the investigation of narcotics related crimes and have participated in the investigation of complex drug conspiracies and all stages of illegal narcotics distribution, including dozens of investigations relating to the distribution and the sale of controlled substances such as methamphetamine. As such, I am familiar with the methods, routines, and practices of narcotics traffickers, as well as the appearance and characteristics of controlled substances and the methods in which they are used, packaged for sale, and distributed.

2. This affidavit is submitted for the limited purpose of establishing probable cause for the arrest of Jesus CASTEYANO, aka Jesus CASTELLANO, aka Jesus CASTELLANO-ANDRADE, for conspiracy to possess with intent to distribute and distribute 500 grams or more of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

3. The statements contained herein are made on the basis of affiant's first-hand knowledge, as well as information obtained from other law enforcement officers. The purpose of this affidavit is to set forth facts that establish probable cause for charging the violations set forth herein and, as such, does not contain all facts known to your affiant or other law enforcement personnel about this investigation.

4. On July 7, 2015 your affiant was contacted by the DEA Miami Field Division in regards to an operation that led to the seizure of approximately five kilograms of methamphetamine that was concealed as candy. That is, the methamphetamine had been processed and packaged in such a way as to make it appear as retail candy. The individual arrested in the Miami case cooperated with authorities and that cooperating defendant (CD) stated that he had picked up the methamphetamine at approximately 6:00 am at a house in Bradenton Florida. The CD gave agents consent to search his phone and therein was a text message to the CD giving the address location where the methamphetamine was to be picked up. That address was identified as 108 59th Avenue Drive West, Bradenton, Florida. The CD stated he traveled to the residence and was

contacted from telephone number 941-527-6013, at which time he was given final instructions for picking up the methamphetamine. The CD further stated that a Hispanic Male then met him in front of the residence but the CD did not know the person.

5. Information received from the Manatee County Sheriff's Office indicated that Jesus CASTEYANO lived at the residence identified by the CD as the place where he got the methamphetamine. A photo of CASTEYANO was then sent to the Miami agents who showed it to the CD, at which time the CD told agents that CASTEYANO was the person who gave him the methamphetamine at the aforementioned Bradenton residence.

6. At approximately 8:00 p.m., DEA Agents from the Tampa District Office and a Manatee County Sheriff's Office detective made contact at the residence located at 108 59th Avenue Drive West, Bradenton. The agents approached the door, knocked and identified themselves as law enforcement officers. The door was answered by two individuals who live at the residence. The agents requested and received permission to enter the house. The two individuals who answered the door were then asked if anyone else was present in the house and were advised that CASTEYANO and his wife Erika GALVAN were present in another room. Agents knocked on the door to that room and identified themselves.

7. GALVAN answered the door and the agents spoke to her and CASTEYANO, who were both inside the room, along with their two minor

children, an infant who was approximately 1 year old and a son who was approximately 6 years old. GALVAN spoke English and the conversations with her were conducted in English. CASTEYANO spoke Spanish and the conversations with him were conducted in Spanish by Spanish speaking agents. GALVAN confirmed that she and CASTEYANO and the children lived in that bedroom of the house.

8. The agents asked for permission to conduct a search and both CASTEYANO and GALVAN consented, with GALVAN providing written consent and CASTEYANO providing verbal consent. GALVAN was asked if there were any illegal drugs in the residence and she said there were "bags of candy" in their bedroom in a large plastic storage tub in their closet. She stated there had been 10 bags but she was not sure how many were left. She also confirmed that an individual had been to the residence earlier that day, in the morning, and had taken some of the candy but she did not know who that person was. She said that CASTEYANO had told her that the candy was methamphetamine and not to let her son eat it. Thereafter, agents located three bags of candy in the tubs in the closet of the bedroom. (See: Exhibit A). The candy was the same as that which had been seized from the CD in Miami. Two samples were taken from the candy and those samples field tested positive for the presence of methamphetamine. The total weight of the three bags of suspected methamphetamine was approximately 19 pounds (approximately 8630 grams [ or 8.63 kilograms]).

9. CASTEYANO was then arrested and transported to the Manatee County Sheriff's Office for processing. CASTEYANO was advised of his *Miranda* warnings by a Spanish speaking officer and he indicated that he understood his rights, agreed to waive them, and speak with authorities. Among other things, CASTEYANO stated that he was aware that the candy was methamphetamine and that it belonged to him and not his wife. He confirmed his telephone number was 941-527-6013 and said the candy needed to have one more processing step done to it in order to have it turned into a usable methamphetamine product.

10. Based upon the information contained herein, your Affiant submits that there is probable cause to believe that Jesus CASTEYANO did knowingly and willfully conspire with others to possess with intent to and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

FURTHER AFFIANT SAYETH NAUGHT.

_____
G. Tucker Cowles, Special Agent
Drug Enforcement Administration

Subscribed and sworn before me
this 8th day of July, 2015

_____
MARK A. PIZZO
United States Magistrate Judge

# Exhibit A

